# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

BONNIE A. BOLAN,
               Plaintiff,

v.                                     Case No. 06-CV-18

WAUWATOSA SAVINGS BANK,
               Defendant.

## ORDER RETURNING CASE

On July 17, 2007, a mediation/settlement conference was conducted in this action. The mediation/settlement conference resulted in resolution of plaintiff's claims.

Accordingly, this action is referred back to the Honorable J.P. Stadtmueller for entry of an appropriate order of dismissal after the parties finalize settlement documents.

SO ORDERED.

Dated at Milwaukee, Wisconsin, this 17th day of July, 2007.

                                        BY THE COURT:

                                        s/AARON E. GOODSTEIN
                                        United States Magistrate Judge